IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RICKIE WILDER,
      Plaintiff,

vs.                                Case No.: 3:16cv241/MCR/EMT

DIRECTOR CHARLIE SIMMONS, et al.,
      Defendants.
_____/

## REPORT AND RECOMMENDATION

This cause is before the court upon referral from the clerk. Plaintiff commenced this action by filing a civil rights complaint under 42 U.S.C. § 1983 (ECF No. 1). He was an inmate at the Escambia County Jail when he filed his complaint (*see id.*).

By order of this court dated June 27, 2016, Plaintiff was given thirty (30) days in which to file an amended complaint (ECF No. 5). Plaintiff failed to file an amended complaint by the deadline; therefore, on August 4, 2016, the court issued an order requiring Plaintiff to show cause, within thirty (30) days, why this action should not be dismissed for failure to comply with an order of the court (ECF No. 6). That show cause order was returned to the court undelivered with an indication that Plaintiff was released from the Escambia County Jail (ECF No. 7). On August 11, 2016, the clerk of court resent the show cause order to Plaintiff at the release address

indicated on the Escambia County Jail's public website, 44 Pen Haven Drive, Pensacola, Florida 32506.  That order has not been returned to the court, and more than thirty days has elapsed since it was sent.  Plaintiff has not filed an amended complaint or shown cause for his failure to do so.

Accordingly, it is respectfully **RECOMMENDED**:

That this case be **DISMISSED without prejudice** for Plaintiff's failure to comply with an order of the court.

At Pensacola, Florida, this 27th day of September 2016.


/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO THE PARTIES**

**Objections to these proposed findings and recommendations must be filed within fourteen (14) days after being served a copy thereof.  Any different deadline that may appear on the electronic docket is for the court's internal use only, and does not control.  A copy of objections shall be served upon all other parties.  If a party fails to object to the magistrate judge's findings or recommendations as to any particular claim or issue contained in a report and recommendation, that party waives the right to challenge on appeal the district court's order based on the unobjected-to factual and legal conclusions. *See* 11th Cir. Rule 3-1; 28 U.S.C. § 636**.